NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES LEROY PICKETT,  )
                        )
        Appellant,      )
                        )
v.                      )        Case No. 2D17-4654
                        )
STATE OF FLORIDA,       )
                        )
        Appellee.       )
_____)

Opinion filed January 9, 2019.

Appeal from the Circuit Court for
Hillsborough County; Ronald Ficarrotta,
Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and NORTHCUTT and KHOUZAM, JJ., Concur.